# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:08-CV-332 JCM (GWF) |
|---|---|
| Plaintiff, | |
| v. | |
| DWIGHT RAMON POLLARD, | |
| Defendant. | |

## ORDER

Presently before the court is the matter of *United States v. Pollard*, (2:08-cr-332-JCM-GWF).

On February 16, 2011, this court sentenced defendant Dwight Ramon Pollard on count six of the second superseding indictment and on count one of the information. On February 22, 2011, the court held a hearing pursuant to Federal Rule of Criminal Procedure 35(c) to correct the sentence and allow Mr. Pollard to reside in a halfway house.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Dwight Ramon Pollard be sentenced to credit for time served on both count six (6) of the second superseding indictment and count one (1) of the information;

IT IS FURTHER ORDERED that defendant Dwight Ramon Pollard be sentenced to one (1) year supervised release on both counts, to run concurrently;

IT IS FURTHER ORDERED that, among other conditions imposed at the February 16, 2011, sentencing, defendant Dwight Ramon Pollard reside at and participate in a program of a residential

**James C. Mahan**
**U.S. District Judge**

1  re-entry center for a period of up to three (3) months as approved and directed by the probation
2  officer.
3         DATED February 22, 2011.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -