UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT RAMON POLLARD,<br><br>Defendant. | 2:08-CR-332 JCM (GWF) |

**ORDER**

Presently before the court is defendant's, Dwight Pollard, motion for briefing schedule on the question of the imposition of forfeiture after Ninth Circuit remand. (Doc. # 467). The government filed a response, which is essentially a non-opposition. (Doc. # 468).

The case is before the court pursuant to a remand order from the appellate court. (*See* doc. # 454). The government initiated the appeal after taking exception to this court's decision not to impose forfeiture against the defendant. The government moved to consolidate the appeal with a number of other cases and filed a consolidated brief.

The defendant maintained that his issues were divergent from the other appellees consolidated in the government's opening brief on appeal. The defendant filed a separate answering brief. The defendant noted that his appeal involved issues not determined in *United States v. Newman*, 659 F.3d 1235 (9th Cir. 2011). Further, the Ninth Circuit's remand order specifically stated that this defendant may raise his objections to the imposition of forfeiture order on remand.

The defendant now moves the court to set a briefing schedule for the defendant's objections to the imposition of forfeiture. The court finds it appropriate to set a briefing schedule so that this

**James C. Mahan**
**U.S. District Judge**

1  defendant may raise objections to the imposition of forfeiture.

2  Accordingly,

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to set

4  a briefing schedule on the imposition of forfeiture after Ninth Circuit remand (doc. # 467) be, and

5  the same hereby, is GRANTED.

6  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant shall have

7  twenty (20) days from the publication of this order to file its motion.  The briefing schedule shall

8  then follow the requirements established by the federal rules and the clerk of the court.

9  DATED February 1, 2013.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -