# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT RAMON POLLARD,<br><br>Defendant. | 2:08-CR-332 JCM (GWF) |

# ORDER

Presently before the court is the government's sealed motion to unseal the defendant's plea memorandum. (Doc. # 481). The defendant filed a non-opposition. (Doc. # 482).

The government seeks to unseal the plea memorandum for the purpose of responding to defendant Pollard's objection to the entry of an order of forfeiture. Defendant has stated he "has no objection to this reasonable request."

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to unseal the plea memorandum of Dwight Ramon Pollard (doc. #481) be, and the same hereby, is GRANTED.

IT IS FURTHER ORDERED that the clerk's office shall unseal the plea memorandum of defendant Dwight Ramon Pollard.

DATED April 10, 2013.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**