James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-332 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| DWIGHT RAMON POLLARD, et al., | |
| Defendant(s). | |

Presently before the court is the United States of America's motion to attach the order of forfeiture as to defendant Dwight Ramon Pollard to the judgement in a criminal case. (Doc. # 558). Defendant has not responded and the deadline to do so has passed.

Reviewing the amended judgment for Dwight Ramon Pollard, the court finds that the order of forfeiture is attached. (*See* doc. # 557 at 7). The United States' motion is made without reason.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's motion to attach the order of forfeiture as to defendant Dwight Ramon Pollard to the judgement in a criminal case (doc. # 558) be, and the same hereby is, DENIED as moot.

DATED May 27, 2015.

_____
UNITED STATES DISTRICT JUDGE