```
                    ___ FILED          ___ RECEIVED
                    ___ ENTERED        ___ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         AUG 1 4 2015

                       CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                    BY:                        DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-332-JCM-GWF |
|     Plaintiff, ) | |
| ) | **ORDER TEMPORARILY UNSEALING** |
| vs. ) | **TRANSCRIPT** |
| DWIGHT RAYMOND POLLARD, ) | |
|     Defendant. ) | |

On August 5, 2015, Katherine Eismann, Official Court Reporter, received a Transcript Order from Jason Carr, counsel for defendant, requesting a transcript of the sealed hearing October 6, 2010, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Jason Carr.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 14th day of Aug. 2015.

_____
JAMES C. MAHAN
U.S. District Court Judge